## Wooten v. Buchanan.

July 29, 1949.

Wilson Wooten, in pro. per.

No appearance for respondent.

Since, in habeas corpus proceedings, this Court has appellate jurisdiction only, the petition herein filed to institute this action must be, and hereby is, dismissed; without prejudice, however, to the right of petitioner to institute like proceedings in a Court of competent jurisdiction.

Petition dismissed.